U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Federal National Mortgage Association<br><br>Plaintiff<br><br>vs.<br><br><br><br>Jeffrey H. Jackson and Charlene D. Jackson<br><br><br><br><br><br>Defendants<br>Katahdin Trust Company<br><br>Party-In-Interest | CIVIL ACTION NO. 2019-cv-00044-JDL-32<br><br><br><br>RE:<br>329 Snows Corner Road, Orrington, ME 04474<br><br>Mortgage:<br>March 1, 2011<br>Book 12423, Page 275 |

## JUDGMENT OF FORECLOSURE AND SALE

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on July 2, 2019. Plaintiff, Federal National Mortgage Association, was present and represented by John A. Doonan, Esq. Defendants Jeffrey H. Jackson and Charlene D. Jackson did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment, are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure, is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay Federal National Mortgage Association ("FNMA") the amount adjudged due and owing ($173,893.58) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, FNMA shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
| --- | --- |
| Unpaid Principal Balance | $140,872.38 |
| Interest | $18,426.17 |
| Escrow Advances | $11,579.36 |
| Corporate Advances | $3,015.67 |
| Grand Total | $173,893.58 |

2. If the Defendants or their heirs or assigns do not pay FNMA the amount adjudged due and owing ($173,893.58) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Orrington Property shall terminate, FNMA shall conduct a public sale of the Orrington Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $173,893.58 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. Federal National Mortgage Association may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $173,893.58 as of June 7, 2019.

5. The priority of interests is as follows:

    a.) Federal National Mortgage Association has first priority, in the amount of $173,893.58, pursuant to the subject Note and Mortgage.

    b.) Katahdin Trust Company has the second priority behind the Plaintiff pursuant to a Mortgage dated August 6, 2015, in the amount of $51,200.00, and recorded in the Penobscot County Registry of Deeds in Book 13928, page 153.

    c.) Jeffrey H. Jackson and Charlene D. Jackson have the third priority behind the Plaintiff.

6. The prejudgment interest rate is 4.87500%, see 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, see 14 M.R.S.A. § 1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Federal National Mortgage Association | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Charlene D. Jackson<br>329 Snows Corner Road<br>Orrington, ME 04474 | Pro Se |
|  | Jeffrey H. Jackson<br>329 Snows Corner Road<br>Orrington, ME 04474 | Pro Se |
| PARTIES-IN-INTEREST | Katahdin Trust Company<br>11 Main Street<br>Patten, ME 04765 | Pro Se |

a) The docket number of this case is No. 1:19-cv-00044-JDL.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 329 Snows Corner Road, Orrington, ME 04474, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 329 Snows Corner Road, Orrington, ME 04474. The Mortgage was executed by the Defendants on March 1, 2011. The book and page number of the Mortgage in the Penobscot County Registry of Deeds is Book 12423, Page 275.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 329 Snows Corner Road, Orrington, ME 04474.

SO ORDERED.

DATED THIS 2ND DAY OF July, 2019

_____
U.S. DISTRICT JUDGE